DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAHMANUEL J. BARBER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2962

[November 20, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case Nos. 2022CF007347A; 2022CF007402A; 2022CF007901A; 2023CF005089A; 2023CF010590A.

Thomas J. Butler of Thomas Bulter, P.A., Miami Beach, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***